**FILED**

UNITED STATES COURT OF APPEALS

NOV 04 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VAZKEN MOVSESIAN; HARRY ARZOUMANIAN; GARO AYALTIN; MIRAN KHAGERIAN; ARA KHAJERIAN, individually and on behalf of all others similarly situated including thousands of senior citizens, disabled persons, and orphans as well as on behalf of the general public and acting in the public interest,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>VICTORIA VERSICHERUNG AG, a German corporation; ERGO VERSICHERUNGSGRUPPE AG, a German corporation,<br><br>Defendants,<br><br>and<br><br>MUNCHENER RUCKVERSICHERUNGS-GESELLSCHAFT AKTIENGESELLSCHAFT AG, a German corporation,<br><br>Defendant - Appellant. | No. 07-56722<br><br>D.C. No. CV-03-09407-CAS-JWJ<br><br>ORDER<br><br> |

Before: THOMPSON, Circuit Judge.

The appellant's unopposed motion for an extension of time to file a Response to the Petition for Panel Rehearing and Rehearing En Banc is GRANTED. The Response may be filed on or before December 1, 2009.