UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV03-9407-CAS(JWJx) | Date | August 10, 2010 |
|---|---|---|---|
| Title | *VAZKEN MOVSESIAN; ET AL. v. VICTOR VERSICHER, ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO A STAY IN THE ACTION

The Court held a status conference on September 21, 2009, regarding the Ninth Circuit Mandate No. 07-56722. No action has occurred in the above-referenced action in this Court since the September 21, 2009.

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a joint report detailing the status of the case within **30 days** and every quarter thereafter until the action has been reactivated on this Court's active caseload, a Joint Status Report within 14 days after a decision is issued by the Ninth Circuit, or a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

00 : 00

Initials of Preparer   CMJ