| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | NEIL M. SOLTMAN (SBN 67617)<br> *nsoltman@mayerbrown.com* |
| 3 | CHRISTOPHER P. MURPHY (SBN 120048)<br> *cmurphy@mayerbrown.com* |
| 4 | MATTHEW H. MARMOLEJO (SBN 242964)<br> *mmarmolejo@mayerbrown.com* |
| 5 | 350 South Grand Avenue, 25th Floor<br>Los Angeles, CA  90071-1503 |
| 6 | Telephone:  (213) 229-9500<br>Facsimile:   (213) 625-0248 |

Attorneys for Defendant
MÜNCHENER RÜCKVERSICHERUNGS - GESELLSCHAFT AKTIENGESELLSCHAFT, a German corporation ("Munich Re")

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| REVERAND FATHER VAZKEN MOVSESIAN, GARO AYALTIN, HARRY ARZOUMANIAN, MIRAN KHAGERIAN and ARA KHAJERIAN, individually and on behalf of all others similarly situated, including thousands of senior citizens, disabled persons, and orphans, as well as on behalf of the general public and acting in the public interest,<br><br>            Plaintiffs,<br><br>v.<br><br>VICTORIA VERSICHERUNG AG, a German corporation; ERGO VERSICHERUNGSGRUPPE AG, a German Corporation; MÜNCHENER RÜCKVERSICHERUNGS - GESELLSCHAFT AKTIENGESELLSCHAFT, a German corporation,<br><br>            Defendants. | CASE NO.  CV 03-9407 CAS (MCx)<br><br>**[PROPOSED]** JUDGMENT<br><br>**Hon. Christina A. Snyder** |

707098918

**JUDGMENT**

Pursuant to the June 26, 2013 Mandate issued by the United States Court of Appeals for the Ninth Circuit, which mandate was spread by this Court on July 8, 2013, all claims brought by Plaintiffs in this action were ordered dismissed. In accordance with that Mandate and with the Ninth Circuit Court of Appeal's February 23, 2012 judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of Defendants on all claims and/or causes of action.

2. Plaintiffs shall take nothing on their claims and/or causes of action against Defendants, all of which are dismissed with prejudice.

DATED: July 25, 2013

*/s/ Christina A. Snyder*

Hon. Christina A. Snyder
UNITED STATES DISTRICT COURT JUDGE

707098918

1

[PROPOSED] JUDGMENT; CASE NO. CV 03-9407 CAS (MCx)